UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA BEACH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 09cv2897 |
| | ) | Hon. Magistrate Judge |
| MICHAEL J. ASTRUE, | ) | Arlander Keys |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

PLAINTIFF'S MOTION FOR JUDGMENT

NOW COMES Plaintiff, Barbara Beach, and moves this Court to enter judgment based upon defendant's Response heretofore filed in the case, and states as follows:

1. This civil action requested review of the final decision of the Commissioner of Social Security. This Court entered judgment in favor of plaintiff on 8.4.2010, agreeing with most of plaintiff's arguments.

2. On or about 10.22.2010, Plaintiff filed a timely petition for EAJA fees. Defendant filed his Response on or about 12.23.2010. Defendant did not object to Plaintiff's petition for the sum of $6,727.88 as a reasonable attorney fee. Defendant's Response (*See:* Exhibit A) only raised issues concerning the disposition of the payment check resulting from the case of *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

3. Accordingly, Plaintiff need not file a Reply and will not do so.

WHEREFORE, Plaintiff prays this court to enter judgment for Plaintiff in the amount of $6,727.88 as and for a reasonable EAJA fee, to order the Agency to prepare the payment check in accordance with the Supreme Court's directives as set forth in Ex. A, and to waive appearance on motion.

Barbara Beach, Plaintiff

By: */s/Ashley S. Rose*

Ashley S. Rose, Attorney for Plaintiff

LAW OFFICE OF ASHLEY S. ROSE
799 Roosevelt Rd., Building 6, Suite 104
Glen Ellyn, IL. 60137
630/790-9066